UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Calvin Lamont Jackson, | ) | C/A No.: 7:06-cr-712 |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before this Court on petition of Calvin Lamont Jackson pursuant to 28 U.S.C. § 2255. This Court directs the United States Attorney to file a response to the petition. This response is due within 20 days of the entry of this Order or, if transcripts are required for the response, within 20 days of the receipt of those transcripts.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 6, 2008